UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

ACCESS DISTRICT COURT DOCKET SHEET

Appeal No.     11-1017   David Stebbins v. Full Sail University

Date:          January 04, 2011

A link to the District Court's docket sheet is provided here for your convenience. You must have a PACER account to access the docket sheet.

Click the link to the right to view docket sheet:  VIEW DOCKET For Dist. No.: 10-3090